**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BOARD OF TRUSTEES OF OHIO**
**LABORERS' FRINGE BENEFIT PROGRAMS,**
    **Plaintiff,**

    **v.**
        **Case No. 2:19-cv-5339**
        **Judge Edmund A. Sargus, Jr.**
        **Magistrate Judge Chelsey M. Vascura**

**S&D TRAFFIC CONTROL, LLC,**
    **Defendant.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 28, 2021. (ECF No. 25.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 25.) For the reasons set forth in the Report and Recommendation, this Court holds Defendant in **CONTEMPT** and imposes a **$100.00 PER DAY** fine until it complies with the Court's Order to produce responses to Plaintiff's written discovery and appear for deposition through an authorized representative. Defendant is further **ORDERED** to pay the attorney's fees and costs Plaintiff reasonably incurred in connection with its motion for a show cause hearing.

The United States Marshal is **DIRECTED** to serve this Report and Recommendation on Defendant by personal service. The Clerk is **DIRECTED** to send a copy of this Report and Recommendation via regular and certified mail to S&D Traffic Control, LLC c/o Susan Gentil, 7151 Township Road 87, Thornville, OH 43076. This case is to remain open.

    **IT IS SO ORDERED.**


**8/12/2021**                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                        **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**